

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Harry Knox, Chairman
State Board of Control
Austin, Texas

Dear Sir:

Opinion No. O-4205
Re: Payment of premium on
surety bond of State of-
ficial.

   Your letter of November 5, submits for the atten-
tion of this department the question whether premiums on the
official bonds of all eleemosynary superintendents and store-
keeper-accountant of eleemosynary institutions may be paid
out of the appropriations made to each eleemosynary institu-
tion for "support and maintenance".

   Article 692 of the Revised Civil Statutes provides
that the superintendent of each eleemosynary institution shall,
within twenty days after receiving notice of appointment by
the State Board of Control, enter into bond in the sum of
$10,000, payable to the State of Texas, and conditioned for
the faithful performance of all the duties of said office.
Article 637 of the Revised Civil Statutes provides that the
storekeeper-accountant of each eleemosynary institution shall,
before entering upon the performance of his duties, make and
file with the Comptroller a bond in the sum of $10,000, pay-
able to the State, conditioned for the full, faithful, accu-
rate and honest performance of his duties.

   There is no provision of the general law which stipu-
lates that the expense of furnishing such official bonds shall
be borne by the State. Likewise, there is no specific provi-
sion in the appropriation bill providing appropriations for
eleemosynary institutions directing or allowing payment of the
premiums on such official bonds from State funds.

   Your question is answered in the negative. This de-
partment has several times ruled that where an officer or em-
ployee is required by law to furnish bond before entering upon
the duties of his office or employment, and there is no provi-
sion of the statutes or specific item in the appropriation

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

bill allowing or providing for the payment of the premium on such bond by the State, the expense of furnishing such bond is deemed to be personal to the employee or officer and cannot be paid out of general expense funds provided by appropriation to the particular State department or institution. See opinions Nos. 0-2092, 0-3866, and 0-3032.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By

R. W. Fairchild
Assistant

APPROVED NOV 14, 1941

FIRST ASSISTANT
ATTORNEY GENERAL

RWF:mp


APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN